# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 10-MJ-67 DWF |
| | Date: April 5, 2010 |
| Guidant, LLC, | Court Reporter: Jeanne Anderson |
| | Time Commenced: 2:02 p.m. |
| Defendant. | Time Concluded: 4:48 p.m. |
| | Time in Court: 2 Hours & 46 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Robert Lewis, Asst. U.S. Attorney, Ross Goldstein, U.S. Department of Justice |
| For Defendant: | Daniel Scott, Douglas Kelley  ☒ Retained |
| | Larry Tanenbaum, Akin, Gump, Strauss, Hauer & Feld, LLP |
| | Lawrence J. Knopf, Vice President and Secretary, Guidant LLC |
| Co-Lead Counsel for Guidant MDL: | Charles Zimmerman, Elizabeth Peterson, Elizabeth Cabraser, Richard Arsenault, Randy Hopper |
| For MDL Claimants: | C. Brooks Cutter, Kershaw, Cutter & Ratinoff, LLP |
| | Hunter Shkolnik, Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP |

PROCEEDINGS:

☒ **Arraignment** on ☒ Information, ☐ Indictment
☒ **Plea Hearing.**

☒ PLEA:
  ☒ Guilty as to Count(s): 1 and 2 of the Misdemeanor Information
  ☐ "Nolo Contendere" as to Count(s):
  ☐ Defendant admits allegations in the Information.

☒ The Court reserves the right to set a sentencing date with or without a Presentence Investigation and Report. The matter of accepting or rejecting the plea agreement is deemed submitted. Written order forthcoming.

s/B. Schaffer<br>Calendar Clerk